# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | | |
|---|---|---|
| JEFFREY LEDERGERBER | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: _____ |
| JUSTIN BLUBAUGH, *et al.* | * | (formerly Harford County Circuit Court Case No: C-12-CV-20-000289) |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### JOINT NOTICE OF REMOVAL

COME NOW, the Defendants, Harford County, Maryland, the Harford County Sheriff's Office, Sheriff Jeffrey Gahler and Deputy Sheriff Justin Blubaugh, by and through counsel, Melissa Lambert, County Attorney, and Ashley C. Moore, Assistant County Attorney, and the State of Maryland, by and through counsel, Brian E. Frosh, Attorney General of Maryland, and Carl Zacarias, Assistant Attorney General, and hereby submit this Joint Notice of Removal pursuant to 28 U.S.C. §§1331, 1441 and 1446, from the Circuit Court for Harford County, Maryland, and in support thereof state as follows:

1. Plaintiffs commenced this action on March 26, 2020, by filing a complaint against the Defendants in the Circuit Court for Harford County, Maryland. Plaintiffs' Complaint was assigned case number C-12-CV-20-000289 (hereinafter the "State Court Action").

2. Defendants Harford County, Maryland, the Harford County Sheriff's Office, Sheriff Jeffrey Gahler and Deputy Sheriff Justin Blubaugh were served on April 14, 2020. Defendant State of Maryland was served on April 16, 2020. The State of Maryland filed an Answer on May 6, 2020. Defendants Harford County, Maryland, the Harford County Sheriff's

Office, Sheriff Jeffrey Gahler and Deputy Sheriff Blubaugh filed Motions to Dismiss on May 11, 2020. No further proceedings have occurred in the State Court Action. Pursuant to 28 U.S.C. §1446(a) and Local Role 103.5(a), copies of all process, pleadings and orders served upon the Defendant are attached hereto.

3. Plaintiffs brought this action against Defendants, which included violations of their federal constitutional rights as guaranteed under the Fourth, Fifth and Fourteenth Amendment Rights and within the meaning of 42 U.S.C. §1983. Compl. ¶¶ 217-263.

4. Essentially, Plaintiffs allege that the Defendants, in one form or another, worked in concert to deprive them of their civil rights. Plaintiffs seek compensatory damages in the amount of Seventy-Five Thousand Dollars ($75,000) and punitive damages in the amount of Seventy-Five Thousand Dollars ($75,000) for the alleged civil rights violations. Compl. p. 41.

5. This Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. §1331 because the Plaintiffs in this case have asserted claims arising under Civil Action for Deprivation of Rights, 42 U.S.C. §1983. *See* Compl. at Counts X- XIII.

6. Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7. This matter is subject to removal pursuant to 28 U.S.C. §1441(b) because, as set forth above, Plaintiffs' §1983 claims against the Defendants are founded in federal law and arise under the laws of the United States within the meaning of 28 U.S.C. §1331.

8. Plaintiffs also bring state common law and state constitutional claims, over which this Court may exercise supplemental jurisdiction pursuant to 28 U.S.C. §1367(a).

9.      Defendants remove this action to the United States District Court, and have filed their Notice of Removal "within thirty (30) days after the receipt by the defendant[s], through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. . . ."  28 U.S.C. §1446 (b).

10.     Concurrent with the filing of this Notice of Removal, Defendants have filed notice to the Plaintiff and to the Clerk of the Circuit Court for Harford County, Maryland, that this case has been removed to the United States District Court for the District of Maryland.  A copy of that notice is attached hereto.

11.     All Defendants consent to this Notice of Removal.

WHEREFORE, Defendants, Harford County, Maryland, the Harford County Sheriff's Office, Sheriff Jeffrey Gahler, Deputy Sheriff Justin Blubaugh and the State of Maryland, respectfully request that this Notice of Removal be accepted and that the State Court Action be removed to the United States District Court for the District of Maryland.

                              Respectfully submitted,

                              MELISSA LAMBERT
                              County Attorney


                              _____/s/_____
                              Ashley C. Moore (#29110)
                              *acmoore@harfordcountymd.gov*
                              Assistant County Attorney
                              Harford County Department of Law
                              220 South Main Street
                              Bel Air, Maryland  21014
                              410-638-3205

BRIAN E. FROSH
Attorney General for Maryland


_/s/_____
Carl Zacarias (#28126)
*czacarias@treasurer.state.md.us*
Assistant Attorney General
80 Calvert Street, 4th Floor
Annapolis, Maryland  21401
(410) 260-6139

## CERTIFICATE OF SERVICE

I certify that on May 12, 2020, a copy of the foregoing paper was sent via first-class mail to:

David C.M. Ledyard, Esquire
One North Charles Street, Suite 1215
Baltimore, MD  21201

_/s/_____
Ashley C. Moore (#29110)