| From: | Blubaugh, Justin |
|---|---|
| Sent: | 31 May 2019 23:05 |
| To: | Wolf, Dawn; Miller, Richard; Dunbar, Lee |
| Subject: | FW: Humes |
| Attachments: | Humes Obit.pdf |

This affects the case against Starlite Coin and Pawn, Jeffrey Ledergerber and James Mills. We still have another witness and the main reason for the case, however I don't know if Sal will go forward.

*Detective/Cpl. J. L. Blubaugh #644*
*Harford County Sheriff's Office*
*Criminal Investigation Division*
*Property Crimes Unit*
*Pawn Unit Administrator*
*Phone: (443) 409-3487*
*Fax: (410) 838-3136*

**From:** fili, salvatore <sfili@harfordcountymd.gov>
**Sent:** Friday, May 31, 2019 12:56 PM
**To:** Blubaugh, Justin <blubaughj@harfordsheriff.org>
**Subject:** Humes

Captain:

Our ship is sunk.

Salvatore D. Fili, Esq.
Assistant State's Attorney
Office of the State's Attorney for Harford County
20 W. Courtland Street
Bel Air, Maryland 21014
Direct Dial: 410-638-4589
FAX: 410-838-2023
sfili@harfordcountymd.gov



CONFIDENTIAL: This is a legal communication. All information contained in this message, including its attachments, is intended for the exclusive use of the named addressee(s), and may contain information that is

1

privileged, confidential or otherwise exempt from disclosure under law. If you received this message in error please notify us immediately, and delete the message in its entirety from your computer. If you are not the intended addressee, or the employee or agent responsible for delivering this message to the intended addressee, please note that your review, use, distribution or copying of this message, and your reliance upon its contents without our express permission, is strictly prohibited. Thank you.

# Simplicity
Cremation & Funeral Services, Thomas Allen, P.A.

244 8th Avenue NW
Glen Burnie, MD 21061
Phone: 410-777-5295
Fax: 410-595-6800
Email: simplicitycfs@comcast.net



**Patrick Vincent Humes**

Recommend

**Funeral Details**     Memory Wall     Photos & Videos

## Obituary

Patrick V. Humes

Patrick passed away at his home in Westminster, MD on March 8, 2019. He was a graduate of Hereford High school class of 1973. He was 63 years old. Patrick was predeceased by his Mother, A. Laura Humes and Father, Charles S. Humes. He is survived by his loving daughter and the apple of his eye, Lydia Humes; his brothers; Charles, David, & Mark, Sisters; Nancy, Brenda & Connie; and a host of loving in-laws, nieces and nephews, cousins, and countless friends. Patrick will be forever remembered for his extraordinary ability to make people laugh, and for his caring heart, generosity, and unconditional love.

We will celebrate his life and find comfort that he is at peace in Heaven watching over us, with a Memorial Service to be held at Mt. Carmel Primitive Baptist Church, 1707 E. Churchville Rd., Belair, MD on March 23, 2019 at 11:00 AM. In lieu of flowers the family requests donations be made to: Westminster Rescue Mission, 658 Lucabaugh Mill Rd., Westminster, MD 21157, where Patrick received and gave much help to others.

Read Less

To plant a memorial tree in honor of Patrick Vincent Humes, please visit our Heartfelt Sympathies Store. (https://store.heartfeltsympathies.com/tributes/3772647/Humes-Patrick/hfs/memorial-trees/product.php?productId=T1)

Wit in 12-K-17-000511   mills

No funeral details available.